IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                             NO. 4:07CR00321 JM

BEN SCOTT

## ORDER

Pending is Mr. Scott's motion for early termination of supervised release. The government has responded and objects to the early termination. After consideration of the factors set forth in 18 U.S.C §3553, the Court is not satisfied that early termination is in the interest of justice. Specifically, the Court finds that Defendant presents an identified risk to the public or victims based on the nature and number of his convictions from 1995 through 2007.

Therefore, Defendant's motion for early termination of supervised release (Docket No. 115) is DENIED.

IT IS SO ORDERED this 9th day of November, 2016.

James M. Moody Jr.
United States District Judge